# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN FORTUNATO, et al.,** | : | |
| Plaintiffs | : | No. 1:17-cv-00201 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CGA LAW FIRM, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 27th day of September 2018, upon consideration of Defendants' motion for summary judgment (Doc. No. 27), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**: (1) Defendant's motion for summary judgment (Doc. No. 27), is **DENIED**, and (2) the above-captioned action is **REFERRED** to Chief Magistrate Judge Schwab for assignment to a magistrate judge of this Court for the purpose of conducting a mediation/settlement conference.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania